JOHN W. HUBER, United States Attorney (#7226)
THADDEUS J. MAY, Assistant United States Attorney (#11317)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED
U.S. DISTRICT COURT

2019 APR 17  A 11: 40

DISTRICT OF UTAH

BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>LOREN GOODLOW,<br>    Defendant. | INDICTMENT<br><br>VIOLATIONS:<br><br>COUNT I: 18 U.S.C. §§ 113(a)(8) and 1153, Domestic Violence Assault by Strangulation and Suffocation while within Indian Country;<br><br>COUNT II: 18 U.S.C. §§ 2241(a) and 1153, Aggravated Sexual Abuse while within Indian Country.<br><br>Case: 2:19-cr-00142<br>Assigned To : Waddoups, Clark<br>Assign. Date : 4/17/2019<br>Description: USA v Goodlow |

The Grand Jury charges:

### COUNT I
**18 U.S.C. §§ 113(a)(8) and 1153**
**[Domestic Violence Assault by Strangulation**
**and Suffocation while within Indian Country]**

On or about March 23, 2019, in the Central Division of the District of Utah,

LOREN GOODLOW,

the defendant herein, while within the boundaries of the Uintah and Ouray Reservation, did assault Victim A by strangling and suffocating Victim A, an enrolled member of the Ute tribe, and attempted to do so; all in violation of 18 U.S.C. §§ 113(a)(8) and 1153.

## COUNT II
## 18 U.S.C. §§ 2241(a) and 1153
### [Aggravated Sexual Abuse while within Indian Country]

On or about March 23, 2019, in the Central Division of the District of Utah,

LOREN GOODLOW,

the defendant herein, while within the boundaries of the Uintah and Ouray Reservation, did knowingly engage in a sexual act, to wit, penetration of the genital opening of Victim A, an enrolled member of the Ute tribe, by using force against Victim A, and attempted to do so; all in violation of 18 U.S.C. §§ 2241(a) and 1153.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

JOHN W. HUBER
United States Attorney

_____
THADDEUS MAY
Assistant United States Attorney